1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YACOV TURGEMAN, derivatively on behalf of OREXIGEN THERAPEUTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL A. NARACHI, JOSEPH P. HAGAN, HEATHER D. TURNER, ECKARD WEBER, LOUIS C. BOCK, BRIAN H. DOVEY, PATRICK MAHAFFY, PETER K. HONIG, WENDY DIXON, JOSEPH S. LACOB, MICHAEL F. POWELL, and DANIEL K. TURNER III, <br><br> Defendants. <br><br> and <br><br> OREXIGEN THERAPEUTICS, INC. <br><br> Nominal Defendant. | Case No.  13CV2959 JAH NLS <br><br> **ORDER GRANTING JOINT MOTION REGARDING DEFENDANTS' RESPONSE TO COMPLAINT AND SUBSEQUENT BRIEFING SCHEDULE** |

The Joint Motion Regarding Defendants' response and subsequent briefing schedule having been considered, and good cause appearing, it is hereby ORDERED as follows:

1. Defendants shall file their Motion to Dismiss or otherwise answer or respond to the Complaint no later than July 23, 2014.

2. Plaintiff shall file his opposition, if any, to Defendants' response no later than August 19, 2014.

3. Defendants shall file any reply to Plaintiff's opposition no later than August 29, 2014.

4. By entering into this Joint Motion, Plaintiff and Defendants do not waive any rights not specifically addressed herein.

**IT IS SO ORDERED.**

DATED:  June 20, 2014

JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE

108234877 v1