Print Form



# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Yacov Turgeman, derivatively on behalf of Orexigen Therapeutics, Inc.
**Plaintiff,**

v.

Michael A. Narachi, et al.
**Defendant.**

Civil No. 13CV2959 JAH MDD

## PRO HAC VICE APPLICATION

Yacov Turgeman
**Party Represented**

I, __Steven J. Purcell__ (Applicant) hereby petition the above entitled court to permit me to appear and participate in this case and in support of petition state:

My firm name: Levi & Korsinsky, LLP
Street address: 30 Broad St., 24th Fl.
City, State, ZIP: New York, NY 10004
Phone number: 212-363-7500
Email: spurcell@zlk.com

That on 06/10/2002 (Date) I was admitted to practice before New York State (Name of Court)

and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I ☐ have) ☒ have not) concurrently or within the year preceding this application made any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case _____
Case Number _____ Date of Application _____
Application: ☐ Granted    ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

_____
(Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

William J. Doyle II                          858-935-9960
(Name)                                       (Telephone)

Doyle Lowther LLP
(Firm)

10200 Willow Creek Road, Suite 150    San Diego        92131
(Street)                               (City)           (Zip code)

_____
(Signature of Applicant)

I hereby consent to the above designation.

_____
(Signature of Designee Attorney)