| | |
|---|---|
| 1 | COOLEY LLP |
| | JOHN C. DWYER (136533) |
| 2 | (dwyerjc@cooley.com) |
| | JESSICA VALENZUELA SANTAMARIA (220934) |
| 3 | (jsantamaria@cooley.com) |
| | JEFFREY D. LOMBARD (285371) |
| 4 | (jlombard@cooley.com) |
| | 3175 Hanover Street |
| 5 | Palo Alto, CA 94304 |
| | Telephone:   (650) 843-5000 |
| 6 | Facsimile:   (650) 849-7400 |
| 7 | *Attorneys for Defendants Michael A. Narachi, Heather D. Turner, Joseph P. Hagan and Nominal Defendant Orexigen Therapeutics, Inc.* |
| 8 | |
| 9 | *[Additional counsel on signature page]* |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YACOV TURGEMAN, derivatively on behalf of OREXIGEN THERAPEUTICS, INC., <br><br>Plaintiff, <br><br>v. <br><br>MICHAEL A. NARACHI, JOSEPH P. HAGAN, HEATHER D. TURNER, ECKARD WEBER, LOUIS C. BOCK, BRIAN H. DOVEY, PATRICK MAHAFFY, PETER K. HONIG, WENDY DIXON, JOSEPH S. LACOB, MICHAEL F. POWELL, and DANIEL K. TURNER III, <br><br>Defendants. <br><br>and <br><br>OREXIGEN THERAPEUTICS, INC. <br><br>Nominal Defendant. | Case No.  13CV2959 JAH MDD <br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S VERIFIED SHAREHOLDER FIRST AMENDED DERIVATIVE AND CLASS ACTION COMPLAINT** <br><br>Date:   July 27, 2015 <br>Time:   2:30 P.M. <br>Dept.:   13B <br>Judge:  John A. Houston |

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that defendants Michael A. Narachi, Heather D. Turner, Joseph P. Hagan, Eckard Weber, Louis C. Bock, Brian H. Dovey, Patrick Mahaffy, Peter K. Honig, Wendy Dixon, Joseph S. Lacob, Michael F. Powell and Daniel K. Turner III and nominal defendant Orexigen Therapeutics, Inc. ("Defendants"), respectfully move the above-captioned Court for an order dismissing with prejudice Plaintiffs' Verified Shareholder First Amended Derivative and Class Action Complaint (the "Amended Complaint").

This motion will be heard on July 27, 2015 at 2:30 p.m., or as soon thereafter as determined by the Court, located at 333 West Broadway, San Diego, CA 92101, in the courtroom of the Honorable John A. Houston, Courtroom 13B.

Defendants make this motion pursuant to Federal Rules of Civil Procedure 9(b), 12(b)(1), 12(b)(6) and 23.1 because Plaintiff's Amended Complaint fails to establish that the plaintiff has standing to proceed derivatively, fails to plead an ongoing case or controversy necessary to confer subject-matter jurisdiction, and fails to state any claim for relief.

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed concurrently herewith, the Declaration of Jessica Valenzuela Santamaria in support of Defendants' motion to dismiss, the Request for Judicial Notice in support of Defendants' motion to dismiss and all records and papers on file in this action, any oral argument, and any other evidence that the court may consider in hearing this motion.

| | |
|---|---|
| Dated:  May 8, 2015 | COOLEY LLP<br>JOHN C. DWYER (136533)<br>JESSICA VALENZUELA SANTAMARIA (220934) |

By: ___s/Jessica Valenzuela Santamaria___
       Jessica Valenzuela Santamaria (136533)

*Attorneys for Defendants Michael A. Narachi, Heather D. Turner, Joseph P. Hagan and Nominal Defendant Orexigen Therapeutics, Inc.*

| | |
|---|---|
| Dated:  May 8, 2015 | DAVIS POLK & WARDWELL LLP<br>NEAL A. POTISCHMAN (254862)<br>ALYSE L. KATZ (274856)<br><br>THE CABRERA FIRM, APC<br>GUILLERMO CABRERA (190303) |

By: ___/s/Neal A. Potischman___
       Neal A. Potischman (254862)

*Attorneys for Defendants Eckard Weber, Louis C. Bock, Brian H. Dovey, Patrick Mahaffy, Peter K. Honig, Wendy Dixon, Joseph S. Lacob, Michael F. Powell, and Daniel K. Turner III*