UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YACOV TURGEMAN, derivatively on behalf of OREXIGEN THERAPEUTICS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL NARACHI, JOSEPH P. HAGAN, HEATHER D. TURNER, ECKARD WEBER, LOUIS C. BOCK, BRIAN H. DOVEY, PATRICK MAHAFFY, PETER K. HONIG, WENDY DIXON, JOSEPH S. LACOB, MICHAEL F. POWELL, AND DANIEL K. TURNER, III,<br><br>Defendants.<br><br>and<br><br>OREXIGEN THERAPEUTICS, INC,<br><br>Nominal Defendant. | Case No.  13cv2959 JAH(MDD)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Pursuant to the Joint Motion to Dismiss with Prejudice filed by the parties and good cause appearing therefore, the Court orders as follows:

1

1  This entire action is hereby dismissed, with prejudice, pursuant to Federal Rule of
2  Civil Procedure 41(a)(1)(a)(ii). **IT IS SO ORDERED**.

3  
4  DATED:   April 24, 2017

_____
JOHN A. HOUSTON
United States District Judge